AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 14 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

United States of America
v.
Alvin Lee Guajardo, Jr.

Case No: 08-CR-2072-EFS
USM No: 12427-085

Date of Original Judgment: 03/24/2009
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Gregory Lee Scott
*Defendant's Attorney*

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __180__ months **is reduced to** __168__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

In addition, defense counsel is discharged of further representation in this matter, and this case shall be closed following entry of this Order.

Except as otherwise provided, all provisions of the judgment dated __03/24/2009__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 7/14/15

Effective Date: 11/01/2015
*(if different from order date)*

*/s/ Edward F. Shea*
Judge's signature

* Edward F. Shea, Senior Judge U.S. District Court
*Printed name and title*